# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D19-0211
_____

FLORIDA FARM BUREAU
GENERAL INSURANCE COMPANY,

Appellant,

v.

HELEN GREEN, an Individual,

Appellee.

_____

On appeal from the Circuit Court for Duval County.
Adrian G. Soud, Judge.

May 22, 2019

PER CURIAM.

DISMISSED.

ROWE, RAY, and M.K. THOMAS, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Matthew C. Scarborough and Robert T. Schulte of Scarborough Attorneys at Law, Tampa, for Appellant.

No appearance for Appellee.